In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-09-00082-CV


____________________



NICOL HENDERSON, Appellant



V.



TARGET NATIONAL BANK, Appellee 


 




On Appeal from the 9th District Court


Montgomery County, Texas


Trial Cause No. 08-02-01377-CV






MEMORANDUM OPINION



 The appellant, Nicol Henderson, and the appellee, Target National Bank, filed a joint
motion to dismiss this appeal. The motion is voluntarily made by the parties prior to any
decision of this Court. See Tex. R. App. P. 42.1(a). We grant the motion and dismiss the
appeal.

 APPEAL DISMISSED.

 _____________________________

 STEVE McKEITHEN

 Chief Justice



Opinion Delivered October 29, 2009

Before McKeithen, C.J., Gaultney and Kreger, JJ.